# EXHIBIT 6

US011352020B2

(12) **United States Patent**

Phelan

(10) **Patent No.:** US 11,352,020 B2

(45) **Date of Patent:** *Jun. 7, 2022

(54) **DRIVER AUTHENTICATION SYSTEM AND METHOD FOR MONITORING AND CONTROLLING VEHICLE USAGE**

(71) Applicant: **Michael Phelan**, Santa Fe, NM (US)

(72) Inventor: **Michael Phelan**, Santa Fe, NM (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 561 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/288,854**

(22) Filed: **Feb. 28, 2019**

(65) **Prior Publication Data**

US 2019/0202474 A1 Jul. 4, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 15/336,110, filed on Oct. 27, 2016, now Pat. No. 10,259,470, which is a

(Continued)

(51) **Int. Cl.**
**B60W 50/00** (2006.01)
**B60W 50/12** (2012.01)
(Continued)

(52) **U.S. Cl.**
CPC ........... **B60W 50/12** (2013.01); **B60R 16/033** (2013.01); **B60W 10/04** (2013.01); **B60W 10/18** (2013.01);
(Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,481,253 A * | 1/1996 | Phelan | B60R 25/04 307/10.2 |
| 6,430,488 B1 * | 8/2002 | Goldman | B60R 25/00 701/36 |

(Continued)

OTHER PUBLICATIONS

Non-Final Office Action dated Aug. 27, 2018, U.S. Appl. No. 15/336,110.

(Continued)

*Primary Examiner* — Jonathan M Dager
(74) *Attorney, Agent, or Firm* — Ortiz & Lopez, PLLC; Luis M. Ortiz; Kermit D. Lopez

(57) **ABSTRACT**

A driver authentication and safety system and method for monitoring and controlling vehicle usage by high-risk drivers. A centralized database comprising a software application can be accessed by an authorized user via a data communications network utilizing a remote computer in order to configure a desired operating profile that matches requirements of the high-risk driver. The operating profile can be loaded to a driver identification and data logging module in conjunction with the remote computer. A master control unit receives a unique identification code from the data logging device to authenticate the high-risk driver and to operate the vehicle within the desired operating profile. A slave control unit receives commands from the master control unit and generates a real time alarm signal if the driver violates the preprogrammed operating profile unique to the driver.

**19 Claims, 8 Drawing Sheets**



US 11,352,020 B2

Page 2

## Related U.S. Application Data

continuation of application No. 14/464,188, filed on Aug. 20, 2014, now Pat. No. 9,493,149, which is a continuation-in-part of application No. 13/858,930, filed on Apr. 8, 2013, now Pat. No. 9,045,101, which is a continuation of application No. 12/496,509, filed on Jul. 1, 2009, now Pat. No. 8,417,415.

(60) Provisional application No. 61/077,568, filed on Jul. 2, 2008.

(51) **Int. Cl.**

| | |
|---|---|
| *B60W 10/18* | (2012.01) |
| *B60W 10/20* | (2006.01) |
| *B60R 16/033* | (2006.01) |
| *H04W 4/80* | (2018.01) |
| *B60W 10/04* | (2006.01) |
| *B60W 10/30* | (2006.01) |
| *B60W 40/08* | (2012.01) |
| *B60W 50/14* | (2020.01) |
| *H04L 67/12* | (2022.01) |
| *G05D 1/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *B60W 10/20* (2013.01); *B60W 10/30* (2013.01); *B60W 40/08* (2013.01); *B60W 50/14* (2013.01); *H04L 67/12* (2013.01); *H04W 4/80* (2018.02); *B60W 2040/0809* (2013.01); *B60W 2050/143* (2013.01); *G05D 1/0061* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,741,920 | B1 * | 5/2004 | Otto | B60R 16/037 340/5.6 |
| 7,956,730 | B2 * | 6/2011 | White | B60R 25/252 340/426.2 |
| 8,131,441 | B2 * | 3/2012 | Nallapa | B60W 30/188 701/87 |
| 8,258,939 | B2 * | 9/2012 | Miller | B60R 21/01546 340/457.1 |
| 8,463,488 | B1 * | 6/2013 | Hart | G08G 1/20 701/32.3 |
| 8,751,104 | B2 * | 6/2014 | Hermann | H04L 41/082 701/36 |
| 8,751,105 | B2 * | 6/2014 | Whelan | B60W 50/0098 701/36 |
| 2002/0049538 | A1 * | 4/2002 | Knapton | G01C 21/28 701/472 |
| 2003/0181822 | A1 * | 9/2003 | Victor | A61B 5/18 600/558 |
| 2003/0204290 | A1 * | 10/2003 | Sadler | G06V 40/10 701/1 |
| 2003/0231550 | A1 * | 12/2003 | Macfarlane | B60R 25/257 367/198 |
| 2004/0064221 | A1 * | 4/2004 | DePrez | F02D 11/105 701/2 |
| 2004/0225557 | A1 * | 11/2004 | Phelan | G07C 5/02 701/1 |
| 2005/0137757 | A1 * | 6/2005 | Phelan | G07C 5/02 701/1 |
| 2005/0182538 | A1 * | 8/2005 | Phelan | G07C 5/008 701/33.4 |
| 2005/0237150 | A1 * | 10/2005 | Sun | G07C 9/00182 340/5.52 |
| 2005/0288837 | A1 * | 12/2005 | Wiegand | B60R 16/037 701/36 |
| 2006/0047419 | A1 * | 3/2006 | Diendorf | G06Q 10/08 701/532 |
| 2006/0066149 | A1 * | 3/2006 | Holloway | B60R 25/24 307/10.3 |
| 2006/0106515 | A1 * | 5/2006 | Phelan | G01M 17/00 701/33.4 |
| 2006/0111817 | A1 * | 5/2006 | Phelan | G07C 5/02 701/1 |
| 2006/0122749 | A1 * | 6/2006 | Phelan | G01M 17/00 701/33.4 |
| 2006/0200008 | A1 * | 9/2006 | Moore-Ede | B60K 28/06 600/300 |
| 2006/0212195 | A1 * | 9/2006 | Veith | G07C 5/085 701/33.4 |
| 2007/0082706 | A1 * | 4/2007 | Campbell | G10L 15/26 455/563 |
| 2007/0129056 | A1 * | 6/2007 | Cheng | H04L 51/38 455/405 |
| 2007/0155368 | A1 * | 7/2007 | Phelan | H04W 8/245 455/412.1 |
| 2007/0158128 | A1 * | 7/2007 | Gratz | B60R 25/241 180/287 |
| 2007/0200663 | A1 * | 8/2007 | White | B60K 28/063 340/5.31 |
| 2008/0039998 | A1 * | 2/2008 | Fein | G06Q 30/00 701/36 |
| 2008/0245598 | A1 * | 10/2008 | Gratz | B60R 25/257 180/287 |
| 2008/0269979 | A1 * | 10/2008 | Hermann | H04L 41/082 701/29.6 |
| 2008/0319602 | A1 * | 12/2008 | McClellan | G07C 5/008 701/31.4 |
| 2009/0024273 | A1 * | 1/2009 | Follmer | G06Q 40/08 701/33.4 |
| 2009/0027177 | A1 * | 1/2009 | Hodder | B60R 25/04 340/426.12 |
| 2009/0030770 | A1 * | 1/2009 | Hersh | G06Q 10/087 705/7.13 |
| 2009/0069954 | A1 * | 3/2009 | Aladesuyi | B60R 25/33 701/2 |
| 2009/0079555 | A1 * | 3/2009 | Aguirre De Carcer | G07C 5/008 340/441 |
| 2009/0189736 | A1 * | 7/2009 | Hayashi | G06F 21/32 340/5.81 |
| 2010/0004818 | A1 * | 1/2010 | Phelan | |
| 2010/0045452 | A1 * | 2/2010 | Periwal | B60Q 9/00 340/439 |
| 2010/0087986 | A1 * | 4/2010 | Lal | B60R 16/027 701/36 |
| 2010/0161171 | A1 * | 6/2010 | Valentine | B22D 11/12 701/31.4 |
| 2014/0358376 | A1 * | 12/2014 | Phelan | B60W 10/04 701/41 |
| 2015/0350750 | A1 * | 12/2015 | Yun | H04Q 9/00 340/870.07 |
| 2016/0001715 | A1 * | 1/2016 | Laifenfeld | B60R 16/023 701/32.7 |
| 2016/0001718 | A1 * | 1/2016 | Laifenfeld | B60R 16/0231 701/32.7 |
| 2017/0106877 | A1 | 4/2017 | Phelan | |
| 2018/0251132 | A1 | 9/2018 | Phelan | |

OTHER PUBLICATIONS

Non-Final Office Action dated Aug. 27, 2018, U.S. Appl. No. 15/898,322.

* cited by examiner



FIG. 1





FIG. 2

250



FIG. 3



FIG. 4



TRANSDUCERS
461
IMPAIRMENT SENSOR
462
PROXIMITY SENSOR 451
463
HEAD/EYE SENSOR 451
464
466
INTERNET GOVERNOR MODULE
467
VEHICLE CONTROL MODULE
465
PHONE GOVERNOR MODULE
450
DRIVER AUTHENTICATION SYSTEM
MASTER CONTROL UNIT
SLAVE CONTROL UNIT
430
415
410
UNIQUE IDENTIFICATION CODE
DRIVER ALARM SIGNAL
440
445
420
DATA LOGGING DEVICE
GPS MODULE 451
452
460
OWNER ALARM SIGNAL
470
AUTHORIZED VEHICLE OWNER
425
DRIVER IDENTIFICATION AND DATA LOGGING MODULE
435
DRIVER OPERATING PROFILE
465
370
PROPRIETARY AND CENTRALIZED DATABASE
SOFTWARE APPLICATION MODULE
NETWORK
360
260

FIG. 5



450
440
SLAVE CONTROL UNIT
430
MASTER CONTROL UNIT
532
DIRTY 12 VDC
534
DIRTY GROUND
536
STARTER IN
538
STARTER OUT
540
SEAT BELT SENSOR
542
BREATHALYZER IN
544
DEFINABLE INPUTS
546
DEFINABLE CONTROL OUTPUTS
530
POWER REGULATOR
528
SLAVE MICRO CONTROLLER/ PROCESSOR
526
STARTER RELAY
524
DEFINABLE RELAY (S)
522
ALARM/ SPEAKER/ VOICE SYNTHESIZER
520
CLEAN POWER
518
STARTER ENABLE
516
ALARM ENABLE
514
INTERNAL DEFINABLE INPUTS
512
INTERNAL DEFINABLE OUTPUTS
502
DRIVER IDENTIFICATION AND VALIDATION MODULE
504
GPS ANTENNA PROCESSING MODULE
506
MASTER MICRO CONTROLLER/ PROCESSOR
508
MEMORY MODULE
510
FUNCTION INDICATORS MODULE

FIG. 6



600

610
CONFIGURE SOFTWARE APPLICATION MODULE WITH
OPERATING PARAMETERS ASSOCIATED WITH VEHICLE IN
PROPRIETARY AND CENTRALIZED DATABASE

620
PROGRAM DRIVER SPECIFIC OPERATING PROFILE FOR HIGH
RISK DRIVERS BY ACCESSING SOFTWARE APPLICATION
MODULE VIA REMOTE COMPUTER

630
TRANSFER DRIVER SPECIFIC OPERATING PROFILE INTO
DRIVER IDENTIFICATION AND DATA LOGGING DEVICE

640
AUTHENTICATE AND VALIDATE DRIVER UTILIZING UNIQUE
IDENTIFICATION CODE PROVIDED BY DATA LOGGING DEVICE
VIA MASTER CONTROL UNIT

650
TRANSFER OPERATING PROFILE INTO MASTER CONTROL
UNIT

660
MONITOR AND LOG VEHICLE PERFORMANCE VIA GPS
MODULE ASSOCIATED WITH MASTER CONTROL UNIT

670
GENERATE ALARM SIGNAL VIA SLAVE CONTROL UNIT IF
OPERATING PROFILE IS VIOLATED

FIG. 7

U.S. Patent          Jun. 7, 2022          Sheet 8 of 8          US 11,352,020 B2



FIG. 8

US 11,352,020 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# DRIVER AUTHENTICATION SYSTEM AND METHOD FOR MONITORING AND CONTROLLING VEHICLE USAGE

This patent application is a continuation of U.S. patent application Ser. No. 15/336,110, which was filed on Oct. 27, 2016, and which is a continuation of U.S. patent application Ser. No. 14/464,188, entitled "Driver Authentication System and Method for Monitoring and Controlling Vehicle Usage," filed Aug. 20, 2014, which in turn is a continuation-in-part of U.S. patent application Ser. No. 13/858,930, entitled "Driver Authentication System and Method For Monitoring and Controlling Vehicle Usage," filed Apr. 8, 2013, which in turn is a continuation of U.S. patent application Ser. No. 12/496,509, entitled "Driver Authentication System and Method For Monitoring and Controlling Vehicle Usage," filed Jul. 1, 2009. U.S. patent application Ser. Nos. 14/464, 188, 13/858,930, and 12/496,509 are each herein incorporated by refer in their entirety.

U.S. patent application Ser. No. 12/496,509 claims the priority and benefit under 35 U.S.C. § 119(e) of U.S. Provisional Patent Application Ser. No. 61/077,568, entitled "Systems and Methods for Monitoring and Controlling Vehicle Usage by Young Drivers", which was on filed Jul. 2, 2008. U.S. Provisional Patent Application Ser. No. 61/077, 568 is incorporated herein by reference in its entirety.

## TECHNICAL FIELD

Embodiments are generally related to techniques for use in ensuring motor vehicle operation safety. Embodiments are also related to systems and methods for monitoring and controlling vehicle usage by high-risk drivers.

## BACKGROUND

The widespread usage of motor vehicles for both personal and work related activities places millions of vehicles on roads each day with their operation being largely unmonitored. Unmonitored vehicle operation can lead to issues including, for example, abusive use of the vehicle and lack of experience. With more young drivers getting licenses each year, there has been an unfortunate increase in accidents along with the ensuing damage, debilitating injuries and sometimes death. Most of these accidents are attributable to speeding and generally poor driving habits.

FIG. 1 illustrates a graphical representation 100 that depicts the actual deaths in passenger vehicles by age provided by National Highway Transportation Safety Administration (NHTSA). The curve 110 represents the death rate associated with male drivers and the curve 120 represents the death rate of female drivers. From the graph 100, it is clear that the distribution of age related deaths is bi-modal, and clearly depicts the relationship between youth and auto fatality. Current data indicates that the offering of a driver education course results in a great increase in the number of licensed drivers without any decrease in the rate of fatal and serious crash involvement. Although such driver's education programs do teach safety skills, students are not motivated to utilize them and they actually foster over-confidence and do not fully address safety issues.

The factors that have been researched and proven as the leading contributors to accidents, injuries and fatalities among at risk drivers include lack of driving experience, inadequate driving skills, risk-taking behavior, poor judgment and decision making, distraction, lack of focus, fatigue, and impairment. As a result of these factors.

Based on the foregoing it is believed that a need exists for an improved driver authentication system and method for monitoring and controlling vehicle usage by a high-risk driver. A need also exists for an improved method for identifying and authenticating the driver and programming the vehicle operating parameters that trigger control and driver feedback intervention, as described in greater detail herein.

## BRIEF SUMMARY

The following summary is provided to facilitate an understanding of some of the innovative features unique to the present invention and is not intended to be a full description. A full appreciation of the various aspects of the embodiments disclosed herein can be gained by taking the entire specification, claims, drawings, and abstract as a whole.

It is, therefore, one aspect of the present invention to provide for an improved driver authentication system and method.

It is another aspect of the present invention to provide for an improved system and method for monitoring and controlling vehicle usage by high-risk drivers.

It is further aspect of the present invention to provide for an improved method for remotely and/or wirelessly identifying and authenticating the driver and remotely and/or wirelessly programming the vehicle operating parameters that trigger vehicle control and driver feedback intervention.

The aforementioned aspects and other objectives and advantages can now be achieved as described herein. A driver authentication system and method for monitoring and controlling vehicle usage by a high-risk driver (e.g., teen driver, fleet or rental drivers, habitual reckless drivers, aged drivers, drunk drivers, drowsily drivers, distracted drivers etc) is disclosed. A proprietary and centralized database comprising a software application can be accessed by an authorized user via a network utilizing a remote computer in order to configure a desired operating profile that matches requirements of the high-risk driver. The operating profile can be loaded to a driver identification and data logging module in conjunction with the remote computer. A master control unit can receive a unique identification code from the data logging device to authenticate the high-risk driver and to operate the vehicle within the desired operating profile. A slave control unit receives commands from the master control unit and generates a real time alarm signal if the driver violates the preprogrammed operating profile unique to the driver.

The alarm signal generated by the slave control unit can remain until the driver corrects the operating condition and brings the vehicle within the desired operating profile. Also, the system can provide an alarm signal to the authorized user (e.g., parent) utilizing an auto dial feature that communicates the authorized user via a telephone or internet when the driver violates preprogrammed operating profile. The operating parameters can be for example, but not limited to, data concerning maximum allowable vehicle speed, vehicle location, vehicle hours of operating and seat belt usage. The slave control unit can generate the alarm signal via a voice synthesized means, sounding a cabin buzzer, toggling the dome light and/or powering the radio off, etc. The driver identification and data logging module can allow identification of various drivers associated with the vehicle, thereby allowing the vehicle to perform in one way for the intended high-risk drivers, yet another way for the authorized user. The system can include a GPS (Global Positioning System)

**3**

module to determine and measure parameters such as, time of day, speed and location data associated with the vehicle.

The driver authentication system can include additional features such as data logging, alarming, operation governance, ease of programmability and can utilize GPS technology to provide high-risk driver safety. The system also provides user awareness that reduce the likelihood of a high-risk driver injury or fatality by helping the high-risk drivers with safe driving habits through immediate and real time feedback and governing. The programmable operating parameters associated with the real time driver feedback can categorize the system as a unique driver safety device. Additionally, the system and method described herein can provide multiple operating profiles for a single vehicle that allows the owners to operate the vehicle without any restrictions yet have restrictions in affect when the vehicle is operated by the high risk driver.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying figures, in which like reference numerals refer to identical or functionally-similar elements throughout the separate views and which are incorporated in and form a part of the specification, further illustrate the present invention and, together with the detailed description of the invention, serve to explain the principles of the present invention.

FIG. **1** illustrates a graphical representation depicting actual deaths in passenger vehicles by age;

FIG. **2** illustrates a schematic view of a computer system in which the present invention can be embodied;

FIG. **3** illustrates a schematic view of a software system including an operating system, application software, and a user interface that can be used for carrying out the present invention;

FIG. **4** depicts a graphical representation of a network of data processing systems in which aspects of the present invention can be implemented;

FIG. **5** illustrates a block diagram of a driver authentication system, in accordance with an embodiment;

FIG. **6** illustrates a schematic block diagram of the driver authentication system for monitoring and controlling vehicle usage, in accordance with an embodiment;

FIG. **7** illustrates a flow chart of operation illustrating logical operation steps of a method for monitoring and controlling vehicle usage, in accordance with embodiments; and

FIG. **8** illustrates a high level flow chart of operation illustrating logical operation steps of a method for monitoring and controlling vehicle usage by a high-risk driver, in accordance with embodiments.

DETAILED DESCRIPTION

The particular values and configurations discussed in these non-limiting examples can be varied and are cited merely to illustrate at least one embodiment and are not intended to limit the scope thereof.

FIGS. **2-4** are provided as exemplary diagrams of data processing environments in which embodiments of the present invention may be implemented. It should be appreciated that FIGS. **2-4** are only exemplary and are not intended to assert or imply any limitation with regard to the environments in which aspects or embodiments of the present invention may be implemented. Many modifications to the depicted environments may be made without departing from the spirit and scope of the present invention.

**4**

As depicted in FIG. **2**, the present invention may be embodied in the context of a data-processing apparatus **200** comprising a central processor **201**, a non-transitory main memory **202**, an input/output controller **203**, a keyboard **204**, a pointing device **205** (e.g., mouse, track ball, pen device, touch sensitive display, or the like), a display device **206**, and a mass storage **207** (e.g., hard disk). Additional input/output devices, such as wireless communications **208**, may be included in the data-processing apparatus **200** as desired. The wireless communications **208** can include cellular, GPS, satellite, etc. As illustrated, the various components of the data-processing apparatus **200** communicate through a system bus **210** or similar architecture. It should be appreciated that data-processing apparatus **200** can comprise a WIFI enabled device, an RFID enabled device, a Bluetooth enabled device, a cellular telephone, a Smartphone, a tablet computer, a portable computer, or the like.

FIG. **3** illustrates a computer software system **250** for directing the operation of the data-processing apparatus **200** depicted in FIG. **1**. Software system **250**, which is stored in main system memory **202** and on disk memory **207**, can include a kernel or operating system **280** and a shell or interface **270**. One or more application programs, such as software application **260**, may be "loaded" (i.e., transferred from mass storage **207** into the main memory **202**) for execution by the data-processing apparatus **200**. The data-processing apparatus **200** receives user commands and data through user interface **270**; these inputs may then be acted upon by the data-processing apparatus **200** in accordance with instructions from operating module **280** and/or application module **260**.

The interface **270**, which is preferably a graphical user interface (GUI), also serves to display results, whereupon the user may supply additional inputs or terminate the session. In one possible embodiment, operating system **280** and interface **270** can be implemented in the context of menu-driven systems. It can be appreciated, of course, that other types of systems are possible. For example, rather than a traditional menu-driven system, other operation systems can also be employed with respect to operating system **280** and interface **270**. Software Application Module **260** can be adapted for monitoring and controlling vehicle usage by high-risk drivers utilizing an operating profile. Software application module **260** can be adapted for providing a real time, remote and/or wireless alarm signal if the driver violates the operating profile. Software application module **260**, on the other hand, can include instructions, such as the various operations described herein with respect to the various components and modules described herein.

The following discussion is intended to provide a brief, general description of suitable computing environments in which the method and system may be implemented. Although not required, the method and system will be described in the general context of computer-executable instructions, such as program modules, being executed by a single computer, Smartphone, tablet computer, or other similar device. Generally, program modules include routines, programs, objects, components, data structures, etc., that perform particular tasks or implement particular abstract data types. Moreover, those skilled in the art will appreciate that the method and system may be practiced with other computer system configurations, including hand-held devices, multi-processor systems, microprocessor-based or programmable consumer electronics, networked PCs, mini-computers, mainframe computers, and the like.

FIG. **4** depicts a graphical representation of a network of data processing systems **300** in which aspects of the present

US 11,352,020 B2

5

invention may be implemented. Network data processing system **300** is a network of computers in which embodiments of the present invention may be implemented. Network data processing system **300** contains network **360**, which is the medium used to provide communications links between various devices and computers connected together within network data processing apparatus **200**. Network **360** may include connections, such as wire, wireless communication links, Bluetooth, or fiber optic cables.

In the depicted example, server **310** and server **320** connect to network **360** along with storage unit **370**. In addition, remote clients **330**, **340**, and **350** connect to network **360**. These remote clients **330**, **340**, and **350** may be, for example, vehicle-based or portable computers, transducers, sensors, GPS devices, etc. Data-processing apparatus **200** depicted in FIG. **2** can be, for example, a client such as client **330**, **340**, and/or **350**. Alternatively, data-processing apparatus **200** can be implemented as a server, such as servers **320** and/or **310**, depending upon design considerations.

In the depicted example, server **320** provides data, such as operating commands, operating system images, and applications to clients **330**, **340**, and **350**. Remote clients **330**, **340**, and **350** are clients to server **320** in this example. Network data processing system **300** may include additional servers, clients, and other devices not shown. Specifically, clients may connect to any member of a network of servers which provide equivalent content.

In the depicted example, network data processing system **300** is the Internet with network **360** representing a worldwide collection of networks and gateways that use the Transmission Control Protocol/Internet Protocol (TCP/IP) suite of protocols to communicate with one another. At the heart of the Internet is a backbone of high-speed data communication lines between major nodes or host computers, consisting of thousands of commercial, government, educational and other computer systems that route data and messages. Of course, network data processing system **300** also may be implemented as a number of different types of networks, such as for example, cellular, satellite, or other wireless communications means such as Bluetooth, or using RFID technology.

The following description is presented with respect to embodiments of the present invention, which can be embodied in the context of a data-processing system such as data-processing apparatus **200**, computer software system **250** and network **360** depicted respectively in FIGS. **2**-**4**. The present invention, however, is not limited to any particular application or any particular environment. Instead, those skilled in the art will find that the system and methods of the present invention may be advantageously applied to a variety of system and application software, including database management systems, word processors, and the like. Moreover, the present invention may be embodied on a variety of different platforms, including Macintosh, UNIX, LINUX, and the like. Therefore, the description of the exemplary embodiments, which follows, is for purposes of illustration and not considered a limitation.

FIG. **5** illustrates a block diagram of a driver authentication system **450**, in accordance with an embodiment. Note that in FIGS. **1**-**8**, identical or similar blocks are generally indicated by identical reference numerals. The driver authentication system **450** can be utilized for monitoring and controlling vehicle usage by high-risk drivers such as driver **410**. The high-risk drivers can be, for example, teen drivers, fleet and rental drivers, and habitually reckless drivers, sleepy drivers, impaired drivers etc. The authentication

6

system **450** can provide effective training and safety means for the high-risk driver **410** by setting safe operating parameters. The system **450** monitors a vehicle **420** and provides real time driver corrective feedback to an authorized vehicle owner **470** of the vehicle **420**.

The system **450** generally includes a master control unit **430** and a slave control unit **440** that can be accessed and programmed via the software application module **260** stored in the proprietary and centralized database **370**. Note that as utilized herein, the term "module" may refer to a physical hardware component and/or to a software module. In the computer programming arts, such a software "module" may be implemented as a collection of routines and data structures that performs particular tasks or implements a particular abstract data type. Modules of this type are generally composed of two parts. First, a software module may list the constants, data types, variable, routines, and so forth that can be accessed by other modules or routines. Second, a software module may be configured as an implementation, which can be private (i.e., accessible only to the module), and which contains the source code that actually implements the routines or subroutines upon which the module is based.

Therefore, when referring to a "module" herein, the inventors are generally referring to such software modules or implementations thereof. The methodology described herein can be implemented as a series of such modules or as a single software module. Such modules can be utilized separately or together to form a program product that can be implemented through signal-bearing media, including transmission media and recordable media. The present invention is capable of being distributed as a program product in a variety of forms, which apply equally regardless of the particular type of signal-bearing media utilized to carry out the distribution.

Examples of signal-bearing media can include, for example, recordable-type media, such as floppy disks, hard disk drives, CD ROMs, CD-Rs, etc., and transmission media, such as signals transmitted over digital and/or analog communication links. Examples of transmission media can also include devices such as modems, which permit information to be transmitted over standard cellular communications and/or the more advanced wireless data communications.

The proprietary and centralized database **370** including the software application **260** can be accessed via a remote computer **465** and the network **360**. Note that the remote computer **465** can be a data processing apparatus **200** depicted in FIG. **2** and may alternatively be embodied as a smart phone, tablet computer, or other mobile computing device. The authorized vehicle owner **470** can access the software application **260** over a data network **360**, via the remote computer **465** (remote computer **465** may be embodied as a smart phone, tablet computer, laptop computer, or other mobile computing device), in order to program a desired operating profile **435** representing various operating parameters associated with the vehicle **420**. Note that the operating parameters can be for example, but are not limited to, data concerning maximum allowable vehicle speed, user infraction limits, mobile device operating parameters, impaired driver parameters, vehicle locations, vehicle hours of operation and seat belt usage associated with the vehicle **420**. The system **450** can also track various other features such as for example, data concerning hard braking and fast cornering, etc. Note that these features may or may not be viewed as key risk factors and therefore can be offered as additional features to the basic operating parameters of the driver authentication system **450**.

US 11,352,020 B2

7

The authorized vehicle owner **470** can be for example, but is not limited to a parent of a teen, a fleet manager or operator, and a judicial authority, etc. The operating profile **435** programmed by the owner **470** can include a set of driving rules and conditions that best fit the requirements of the intended high-risk driver **410** within the vehicle **420**.

Further, the operating profile **435** can be loaded to a driver identification and data logging module **425**. The driver identification and data logging module **425** can be a mobile telephone, a Smartphone, a WIFI enabled device, an RFID enabled device, a Bluetooth enabled device, a tablet computer a USB compatible device such as for example, iButton, radio frequency identification device (RFID), software, etc that can be utilized in conjunction with the remote computer **465** in order to wirelessly load the operating profile **235** into the master control unit **430**. This requires master control unit **430** to be capable of accepting data via WIFI, RFID, Bluetooth, USB, via cellular data signals, etc. The driver identification and data logging module **225** can allow identification of various drivers **410** associated with the vehicle **420**, thereby allowing the vehicle **420** to perform one way for the intended high-risk driver **410**, yet another way for the authorized vehicle owner **470**.

The driver authentication and data logging module or device **425** can be connected to the remote computer **465** wirelessly or otherwise, and the operating profile **435** can be stored. The master control unit **430** can authenticate the driver **410** utilizing a unique identification code **415** provided by the driver identification and data logging module **425**.

In one embodiment, the driver authentication and data logging module or device **425** can be a smart phone with one or more of WIFI, RFID, Bluetooth, and GPS capabilities. The device **425** or phone is transported with the potential driver. When the driver enters the vehicle, the device **425** can automatically, or at the user's request, connects to the master control unit **465**. The device **425** can wirelessly provide the unique identification code **415** (which may be stored on the devices memory, or may be entered by the driver via the device **425**) to authenticate the driver. The device may further store the driver operating profile **435** for the driver and provide that profile to the master control unit **430**.

A data logging device **452** can be used to record vehicle operation data associated with the operation of the vehicle. Included may be a GPS module **451** which can be used to monitor the vehicles speed, location, and acceleration/deceleration data. The data collected by the data logging device **452** can be provided to the master control unit **430**. In another embodiment, the data logging device **452** and GPS module **451** may be provided as functionalities associated with the driver identification and data logging module when that module is embodied as a mobile device equipped with at least GPS capabilities (i.e. a Smartphone with GPS capability).

The master control unit **430** can enable vehicle operation within the programmed operating profile **435**. If the driver **410** violates the preprogrammed operating profile **435** the master control unit **430** can communicate with the slave control unit **440** and generate a real time driver alarm signal **445**. The alarm signal **445** can result in an actual audible alarm, or it can be used to control/govern operational aspects of the vehicle. For example, the real time driver alarm signal **445** can be used to communicate conditions to the driver, limit/disable radio functionality, limit/disable mobile cellular devices in the vehicle, limit/disable internet applications provided in the vehicle, limit/disable GPS related applica-

8

tions provided by the vehicle, limit/disable the driver's cellular telephone or other such devices in the vehicle, govern mechanical operations (e.g., lower/limit speed), remotely contact vehicle owners/fleet managers, and other electrical or mechanical functions, while maintaining driver and occupant safety.

The driver alarm signal **445** generated by the slave control unit **440** can remain until the driver **410** corrects the operating conditions and brings the vehicle **420** within the programmed operating profile **435**. The slave control unit **440** can generate the driver alarm signal **445** via a voice synthesized means, sounding a cabin buzzer, sounding toggling the dome light and/or cutting the radio off, etc. The slave control unit can in addition, or alternatively, provide the alarm signal **445** to the driver identification and data logging module **425**, and cause that device to sound an alarm etc. Also, the system **450** can provide an owner alarm signal **460** that remotely alerts the authorized vehicle owner **470** regarding violation of the programmed operating profile **435**. The owner alarm signal **460** can be an auto dial feature that communicates the authorized owner **470** via a cellular or data network.

Alternatively, or additionally, the wireless identification and data logging module **425** can be configured to wirelessly receive vehicle specific performance and infraction data from the master control unit. This data may also be formatted to provide feedback to the driver via a display associated with the wireless identification and data logging module **425** to help the driver correct their potentially unsafe driving habits.

A plurality of transducers **461** may further be provided throughout the vehicle **420**. These transducers **461** can be configured as sensors designed to measure various data related to the vehicle and vehicle driver. For example, the sensors **461**-**464** may provide information regarding the location, speed, acceleration, proximity to other vehicles, proximity to road obstructions, proximity to street lines, driver head movement, driver eye movement, ambient vehicle noise, driver Blood Alcohol Level, etc.

Information from these sensors can be provided to the slave control unit **440**. The slave control unit **440** can process the data collected from the sensors and determine if the data indicates a condition that requires a warning. For example, the sensors may indicate that the vehicle is speeding, veering off the road, approaching an obstruction in the road, too close to another vehicle, that the vehicle driver is distracted, sleepy, or not paying attention, that the vehicle driver is impaired etc. If one of these conditions is identified, the slave control unit **440** signals the master control unit **430** and the master control unit issues a driver alarm signal **445** as described above. In the case where the impairment sensor **462** provides a signal to the slave control unit **440** indicating that the driver's impairment is above a prescribed limit, the slave control unit can prevent the vehicle from starting.

The master control unit **430** can be configured to include driver identification and validation module **502**, a GPS antenna processing module **504**, a master micro controller and processor **506**, a memory module **508** and a function indicator module **510**. The master control unit **430** may also receive data indicative of the speed of the vehicle **420**, the location of the motor vehicle **420**, and the time of day from a plurality of sources including a WIFI enabled device, an RF source, a Bluetooth enabled device, and a smart-road network source. This would allow the master control unit **430** to for example, receive real-time data indicative of the present road the vehicle **420** is travelling on via any of a WIFI enabled device, an RF source, a Bluetooth device, and

US 11,352,020 B2

9                                                    10

a smart-road network source. The driver identification and validation module 502 can be utilized to authenticate the driver 410 utilizing the unique identification code 415 and enable the vehicle operation. The master control unit 430 can interpret driver authorization, and ascertain the vehicle speed. The master control unit 430 also interprets the location and time of day parameters versus maximum desired threshold limits.

The driver operating profile 435 can be programmed by the authorized vehicle owner 470 to place limits on the operation of the vehicle 420 by the driver 410. For example, the driver operating profile can define speed limits for each unique driver and can include geo-fencing for each driver. These limits can be dynamically determined according to location provided via the GPS module and time of day. For example, a concerned parent may set a geo-fence of 20 miles from their house for their teenage driver during the day and a 10 mile geo-fence at night. If the teenage driver exceeds this distance an alarm signal can be provided by the master control unit 430. Similarly, the parent can set speed limits that prevent the teenage driver from exceeding the speed limit on any road by more than 3 miles per hour. The speed limit can be identified for each road via wireless, GPS, or smart road network technology. If the teenage driver exceeds that limit an alarm signal can be provided by the master control unit 430 to the parent. Alternatively or additionally, the vehicle control module 467 can be signaled by the master control unit 430 to reduce the speed of the vehicle automatically if it exceeds the prescribed limits. The driver operating profile 435 can, in this way define a maximum vehicle speed, an allowable vehicle location, allowable hours of vehicle operation, require the driver's seat belt be engaged before the vehicle can be started, and define an impairment threshold for the driver.

The master control unit 430 can also provide real-time data regarding vehicle location, speed, and infractions to the authorized vehicle owner. Preferably, this data can be provided via network connection at the computer 465 (embodied as a cellular telephone, smart phone, tablet computer, vehicle integrated wireless communication device, WIFI enabled device, RFID enabled device, Bluetooth enabled device, mobile computer etc.) of the authorized vehicle owner.

The driver authentication system can include a phone governor module 465. The phone governor module 465 can be software installed on a driver's 410 cellular telephone, smart phone, tablet computer, vehicle integrated wireless communication device, WIFI enabled device, RFID enabled device, Bluetooth enabled device, mobile computer etc. The phone governor device is configured to receive instructions from the master control unit 430. The master control unit 430 can instruct the phone governor module 465 to restrict calls on the driver's mobile device. This can include preventing any incoming or outgoing calls or restriction on phone numbers that can be dialed out or received. The master control unit 430 can further instruct the phone governor module 465 to power down the mobile device and disable text messaging or other applications involving text entry. Similarly, an internet governor module 466 may be configured to signal the master control unit 430 to disable all integrated in-vehicle internet or GPS related applications while the vehicle is in operation. This may include on-board mapping applications, services associated with the vehicle, internet search services, etc.

A vehicle control module 467 can also be configured to operate with the master control unit 430 to accelerate the vehicle, decelerate the vehicle, or alter the vehicle's direc-

tion. For example, if head/eye sensors 464 indicate that driver 410 is asleep while the vehicle is in motion, vehicle control module 467 can prompt the master control unit 430 to in addition to issuing an alarm, operate the vehicle's brakes automatically to reduce the speed of the vehicle until the vehicle is stopped. The vehicle control module 467 can further be instructed by the master control unit to simultaneously direct the vehicle out of traffic and on the shoulder of the road until the driver is awake.

The GPS antenna processing module 504 can be utilized to determine and measure time of day, speed and location data of the vehicle 420. The GPS antenna processing module 504 provides location information associated with the vehicle 420 to the authorized vehicle owner 470 hence the system 450 is compatible for any vehicle for monitoring and controlling the high-risk driver 410. The master microcontroller/processor 506 can process and control the operations associated with the master control unit 430. The memory module 508 associated with the master control unit 430 can be utilized to store the driver authentication 415 and operating profile 435 associated with the driver 410. The memory module 508 can further provide information for proper operation of the vehicle 420. The function indicator module 510 can monitor various functions in association with the vehicle 420 such for example, power, fault detection and monitoring, and other functions.

The master control 430 can be configured to define a number of operating parameters for a given driver such as a maximum speed limit and a geo-fence limit defining an acceptable space in which the vehicle may be operated. These parameters may be dependent on the time of day. Likewise, the parameters can be dynamically set according to the present location of the vehicle.

FIG. 6 illustrates a schematic block diagram of the driver authentication system 450, in accordance with an embodiment. The master control unit 430 can authenticate the driver 410 utilizing the unique identification code 415 provided by the data logging device 425. The data logging device 425 associated with the master control unit 430 can be collectively called as 'brain' of the driver authentication system 450. The master control unit 430 can be installed in the vehicle 420 in a suitable place where the master control unit 430 can be directly exposed to the driver from a dash board of the vehicle 420.

The master control unit 430 can communicate and send commands to the slave control unit 440 associated with the driver authentication system 450. The slave control unit 440 can include a power generator 530, a slave micro controller and processor 528, a starter relay 526, a definable relay 524, and an alarm synthesizer 522. The slave control unit 440 can be mounted under the dash board of the vehicle 420. The slave control unit 440 can receive wireless commands from master control unit 430 and generates the alarm signal 445 and 460. The slave control unit 440 can include pins such as a dirty 12 VDC pin 532, a dirty ground pin 534, a starter in pin 536, a starter out pin 538, seat belt sensor pin 540, a breathalyzer pin 542, a definable input pin on dash slave control unit 440.

The power regulator 530 can be utilized to regulate a power source and operate the system 450 via the dirty 12 VDC pin 532 and the dirty ground pin 534. The starter relay 526 can be an electromechanical device that is operated by an electrical current that is provided by the starter in pin 536. The starter relay 526 can be enabled by a starter enable signal 518 from the master control unit 430 when the driver 410 is authenticated. The starter relay 426 can generate an output via a starter out pin 538 that can be a mechanical

US 11,352,020 B2

11

function utilized to operate the vehicle **420**. The seat belt sensor pin **540** can be externally connected to a seat belt sensor associated with the vehicle **420** where it obtains the information regarding usage of seat belt by the driver **410**.

The breathalyzer **542** in pin **524** can provide status regarding alcohol consumption of the driver **410** while driving the vehicle **420**. The slave microcontroller/processor **528** can process and control the operations of the slave control unit **440**. The alarm/speaker/voice synthesizer **522** can receive the alarm enable signal **516** from the master control unit **430** and generate the owner programmed driver alarm signal **445** in the vehicle **420** when the driver **410** violates the programmed parameters. Further, the master control unit **430** and the slave control unit **440** can be communicated via various communication signal lines such as a clean power signal **520**, an alarm enable signal **516**, internal definable input signal **514** and an internal definable output signal **512**.

FIG. **7** illustrates a flow chart of operation illustrating logical operation steps of a method **600** for monitoring and controlling vehicle usage, in accordance with an embodiment. The software application module **260** with operating parameters associated with the vehicle **420** can be configured and stored in the proprietary and centralized database **370**, as depicted at block **610**. The driver specific operating profile **435** for the high-risk driver **410** can be programmed by accessing the software application **260** via the remote computer **465**, as indicated at block **620**. Note that the software application **260** can include programming software that can be utilized to program the features of the driver authentication system **450**. The software application module **260** monitors various parameters such as the 'trigger' levels for speed, and time of operation, etc. The software application module **260** can be accessible by the authorized owners **470** and can also be utilized to download the actual data logged during the operation of the vehicle **420**. Further, the software application **260** can also be intuitive for the customer through the process of selecting parameters, trigger thresholds, etc.

The operating profile **435** for the driver **410** can be loaded to the driver identification and data logging module **425**, as illustrated at block **630**. The master control unit **430** can authenticate and validate the driver **410** utilizing the unique identification code **415** provided by the driver identification and data logging module **425**, as indicated at block **640**. The operating profile **435** for the driver **410** can be transferred to the master control unit **430**, as shown at block **650**. The master control unit **430** monitors and logs driver performance via the GPS module **504** associated with master control unit **430**, as depicted at block **660**. The slave control unit **440** generates the driver alarm signal **445**, if the driver **410** violates the programmed operating profile **435**, as illustrated at block **670**.

FIG. **8** illustrates a high level flow chart of operation illustrating a method **700** for monitoring and controlling vehicle usage by the high-risk driver **410**, in accordance with an embodiment. Again as reminder, in FIGS. **1**-**8**, identical or similar blocks are generally indicated by identical reference numerals. The operating profile **435** for the high-risk driver **410** can be programmed by accessing the software application **260** via the remote computer **465**, as depicted at block **710**. The programmed operating profile **435** for the high-risk driver **410** can be transferred to the driver identification and data logging module **425**, as illustrated at block **720**.

The driver **410** can be authenticated utilizing the unique identification code **415** provided by the driver identification

12

and data logging module **425** and the programmed operating profile **435** for the driver **410** can be copied into the driver authentication system **450**, as depicted at block **730**. A determination can be made whether the driver **410** violates the operating profile **435**, as illustrated at block **740**. If the driver violates the operating profile **435**, as shown at block **750**, the driver alarm **445** signal can be generated by the driver authentication system **450**, as depicted at block **755**. Otherwise, the process can be continued to block **740**.

The driver authentication system includes features such as data logging, alarming, operation governance, ease of programmability and utilizes GPS technology to provide high-risk driver safety. The system provides user awareness that reduce the likelihood of a high-risk driver injury or fatality by helping the high-risk drivers with safe driving habits through immediate and real time feedback and governing. The programmable operating parameters associated with the real time driver feedback can categorize the system as unique driver safety device. Additionally, the system and method described herein can provide multiple operating profiles for a single vehicle that allows the owners to operate the vehicle without any restrictions yet have restrictions in affect when the vehicle is operated by the high risk driver.

It will be appreciated that variations of the above-disclosed and other features and functions, or alternatives thereof, may be desirably combined into many other different systems or applications. Also that various presently unforeseen or unanticipated alternatives, modifications, variations or improvements therein may be subsequently made by those skilled in the art which are also intended to be encompassed by the following claims.

In one embodiment A driver authentication and monitoring system, comprises a wireless identification and data logging module; a master control unit in a motor vehicle for wirelessly authenticating at least one driver via the wireless driver identification and data logging module and associating an operating profile with the at least one driver; a GPS module providing at least location and speed information in association with movement of the motor vehicle; a data logging device recording vehicle operation data associated with a use of the motor vehicle by the at least one driver comprising at least the location and speed information from the GPS module; and a slave control unit in the motor vehicle and in communication with the master control unit, the slave control unit configured to receive commands from the master control unit and to generate an alarm signal if the at least one driver violates the operating profile unique to the at least one driver thereby providing feedback about the vehicle usage; wherein the master control unit permits the at least one driver to operate the vehicle within an operating profile if the master control unit receives at least one of a unique identification code to permit the at least one driver to operate the vehicle within an operating profile and the at least one driver has not violated the operating profile.

The driver authentication and monitoring system of further comprises a plurality of transducers comprising at least one of proximity sensors, head movement sensors, and eye movement sensors wherein the transducers send signals to the slave control unit and the slave control unit determines if the signals are indicative of a driving condition requiring a warning and in turn signals the master control unit to alert the driver. The driver authentication and monitoring system also comprises an impairment sensor wherein the slave control unit receives signals from impairment sensor and prevents the motor vehicle from starting when the transducer senses a driver impairment above a prescribed limit.

US 11,352,020 B2

13

The driver authentication and monitoring system further comprises configuring the wireless identification and data logging module as at least one of a WIFI enabled device; an RFID enabled device, a Bluetooth enabled device; a cellular telephone; and a smart phone.

In another embodiment of the driver authentication system, the wireless identification and data logging module is further configured to wirelessly load the operating profile for the at least one driver into the master control unit. The wireless identification and data logging module is further configured to wirelessly receive driver specific vehicle performance and infraction data from the master control unit and present the driver specific vehicle performance and infraction data.

In another embodiment of the driver authentication device, the master control unit is further configured for wirelessly receiving data indicative of a speed of the motor vehicle, a location of the motor vehicle, and a time of day from at least one of a WIFI source; an RF source; a Bluetooth source; and a smart-road network source. The master control is configured for wirelessly receiving data indicative of a speed limit associated with a road the motor vehicle is currently traveling on from at least one of a WIFI source; an RF source; a Bluetooth source; and a smart-road network source. The master control is configured to define a maximum speed limit and a geo-fence limit for the at least one driver according to the time of day.

In another embodiment, the driver authentication module further comprises an alarm module configured to wirelessly receive data from at least one of the master controller, the slave controller, and the GPS module wherein the alarm module is further configured to present at least one of location data, speed data, and infraction data in real time. The alarm module comprises at least one of a cellular telephone; a smart phone; a computer; a vehicle integrated wireless communication device; a WIFI enabled device; an RFID enabled device; and a Bluetooth enabled device.

The driver authentication device further comprises a phone governor module configured to receive at least one instruction from the master control unit the instructions comprising at least one of restricting calls on the at least one driver's cellular telephone; powering off the at least one driver's cellular telephone; and disabling text messaging on the at least one driver's cellular telephone.

The driver authentication device further comprises an internet governor module configured to disables all integrated in-vehicle internet related applications when the vehicle is in operation.

The driver authentication device further comprises a vehicle control module configured to receive at least one instruction from the master control unit the instructions comprising at least one of reducing the vehicles speed; increasing the vehicles speed; and altering the vehicles direction.

The driver authentication and monitoring system includes the slave control unit further comprising a power regulator module; a starter relay module; a definable relay module; a slave microcontroller; and an alarm synthesizer. The operating profile comprises at least one operating parameter including at least one of: a maximum allowable vehicle speed; an allowable vehicle location; allowable hours of operation; and a seatbelt usage. The slave control unit generates an alarm signal for remotely alerting the authorized user when the at least one driver violates the operating profile.

14

What is claimed is:

1. A vehicle control system, comprising:
a wireless identification and data logging module;
a master control unit in a motor vehicle for wirelessly authenticating at least one occupant via said wireless driver identification and data logging module and associating an operating profile with said at least one occupant;
a module for receiving at least location and speed information in association with movement of said motor vehicle;
a data logging device recording vehicle operation data associated with a use of said motor vehicle comprising at least said location and speed information received from said module; and
a slave control unit in said motor vehicle and in communication with said master control unit, said slave control unit configured to receive commands from said master control unit and to generate an alarm signal;
wherein said master control unit provides operation governance of said vehicle within an operating profile.

2. The vehicle control system of claim 1 further comprising:
a plurality of transducers comprising at least one of an image capturing sensor and a proximity sensor, wherein said transducers send signals to said slave control unit and said slave control unit determines if said signals are indicative of a driving condition requiring a warning and in turn signals said master control unit.

3. The vehicle control system of claim 1 further comprising: a vehicle control module configured to control a vehicle speed and allowable vehicle location.

4. The vehicle control system of claim 1 further comprising configuring said wireless identification and data logging module as at least one of: a WIFI enabled device; an RFID enabled device; a Bluetooth enabled device; a cellular telephone; and a smartphone.

5. The vehicle control system of claim 4 wherein said wireless identification and data logging module is further configured to wirelessly load said operating profile into said master control unit.

6. The vehicle control system of claim 4 wherein said wireless identification and data logging module is further configured to wirelessly receive specific vehicle performance and infraction data from said master control unit.

7. The vehicle control system of claim 3 wherein said wireless identification and data logging module is further configured to present vehicle performance data to said vehicle control module in order to guide governance of said vehicle's operation by said vehicle control module.

8. The vehicle control system of claim 1 wherein said master control unit is further configured for wirelessly receiving data indicative of a speed of said motor vehicle, a location of said motor vehicle, and a time of day from at least one of: a WIFI source; an RF source; a Bluetooth source;
an image capturing source; a processing device; a proximity sensor; and a smart-road network source.

9. The vehicle control system of claim 8 wherein said master control is configured for wirelessly receiving data indicative of a speed limit associated with a road said motor vehicle is currently traveling on from at least one of: a WIFI source; an RF source; a Bluetooth source; an image capturing source; a processing device; a proximity sensor; and a smart-road network source.

10. The vehicle control system of claim 9 wherein said master control is configured to define a speed, a positioning

US 11,352,020 B2

15

of said vehicle on a road, a distance from another object, a distance from another vehicle, and a geo-fence limit for said vehicle.

**11**. The vehicle control system of claim **1** further comprising an alarm module configured to wirelessly receive data from at least one of said master controller, said slave controller, and said GPS module wherein said alarm module is further configured to present at least one of location data, speed data, and infraction data in real time.

**12**. The vehicle control system of claim **11** wherein said alarm module comprises at least one of: a cellular telephone; a smartphone; a computer; a vehicle integrated wireless communication device; a WIFI enabled device; an RFID enabled device; and a Bluetooth enabled device.

**13**. The vehicle control system of claim **1** further comprising a phone governor module configured to receive at least one instruction from said master control unit said instructions comprising at least one of:

restricting calls on said at least one driver's cellular telephone; powering off said at least one driver's cellular telephone; and disabling text messaging on said at least one driver's cellular telephone.

**14**. The vehicle control system of claim **1** further comprising an internet governor module configured to disable integrated in-vehicle internet related applications when said vehicle is in operation.

16

**15**. The vehicle control system of claim **2** further comprising a steering control module, a braking control module, and an acceleration control module configured to receive at least one instruction from said master control unit said instructions comprising at least one of: reducing said vehicles speed; increasing said vehicles speed; altering said vehicles direction on said road; altering said vehicles proximity to other vehicles; and

altering said vehicles proximity to other objects.

**16**. The vehicle control system of claim **15** wherein said vehicle operates autonomously.

**17**. The vehicle control system of claim **1**, wherein said slave control unit further comprises a power regulator module; a starter relay module; a definable relay module; a slave microcontroller; and an alarm synthesizer.

**18**. The vehicle control system of claim **1**, wherein said operating profile comprises at least one operating parameter including at least one of:

a maximum allowable vehicle speed; an allowable vehicle location; allowable hours of operation; an allowable destination; and a seatbelt usage.

**19**. The vehicle control system of claim **1** wherein said slave control unit generates an alarm signal for remotely alerting said authorized user when said vehicle violates said operating profile.

* * * * *