IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| THE PHELAN GROUP, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., and TOYOTA MOTOR SALES, U.S.A., INC. | § § § § § § § § | CIVIL ACTION NO. 2:23-CV-93 |
| Defendants. | § | |

**AGREED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT**

COME NOW Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A, Inc. (collectively, "Toyota") herein, without waiving any defenses described or referred to in Federal Rule of Civil Procedure 12, and move the Court to extend the time within which Defendants are required to move, answer, or otherwise respond to Plaintiff's Original Complaint. In support of their Motion, Defendants state as follows:

1. On March 7, 2023, Plaintiff filed its Complaint alleging patent infringement against the Toyota Defendants.

2. On March 9, 2023, Defendant Toyota Motor Sales, U.S.A. was served with Plaintiff's Original Complaint.

3. On March 10, 2023, Defendants Toyota Motor Engineering & Manufacturing North America, and Toyota Motor North America, Inc. were served with Plaintiff's Original Complaint.

4. In return for Defendant Toyota Motor Corporation's agreement to waive service under the Hague Convention, Plaintiff agrees that the deadline for all of the Toyota Defendants to move, answer, or otherwise respond to Plaintiff's Original Complaint should be extended to June 14, 2023.

WHEREFORE, the Toyota Defendants respectfully request that the time in which the Toyota Defendants are required to move, answer, or otherwise respond to Plaintiff's Complaint be extended up to and including June 14, 2023.

Dated: March 30, 2023

Respectfully submitted,

/s/ Michael C. Smith

Michael C. Smith
SCHEEF & STONE, LLP
State Bar No. 18650410
113 East Austin Street
Marshall, Texas 75670
Office: (903) 938-8900
michael.smith@solidcounsel.com