IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE PHELAN GROUP, LLC, § § *Plaintiff,* § § v. § § TOYOTA MOTOR CORPORATION, ET AL., § § § *Defendants.* § | CIVIL ACTION NO. 2:23-CV-00093-JRG-RSP (Lead) CIVIL ACTION NO. 2:23-CV-00094-JRG-RSP (Member) |

## ORDER

Before the Court is the Joint Stipulation of Dismissal filed by The Phelan Group, LLC and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A., Inc. ("Toyota"). (Dkt. No. 65.) In the Stipulation, the parties represent that lead case 2:23-cv-0093 has been resolved and request dismissal **WITH** prejudice. (*Id*. at 1.)

Having considered the first Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff The Phelan Group and Defendant Toyota in lead case 2:23-cv-0093 are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.

Also before the Court is the Joint Stipulation of Dismissal filed by The Phelan Group, LLC and Defendants Kia Corporation and Kia America, Inc. (Dkt. No. 66.) In the Stipulation, the parties represent that member case 2:23-cv-0094 has been resolved and request dismissal of the claims asserted by The Phelan Group in 2:23-cv-0094 **WITH** prejudice and dismissal of the counterclaims asserted by Kia **WITHOUT** prejudice. (*Id*. at 1.)

Having considered the second Stipulation, all claims and causes of action asserted by Plaintiff The Phelan Group against Defendants Kia in member case 2:23-cv-00094-JRG-RSP are **DISMISSED WITH PREJUDICE**. All claims and causes of action asserted by Defendant Kia against Plaintiff The Phelan Group are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** cases 2:23-cv-00093 and 2:23-cv-00094 as no parties or claims remain.

**So ORDERED and SIGNED this 21st day of November, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE